UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

APR -5 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

SHELTON PELLUM,

Plaintiff,

v.                                                    Case No. SA16-CV-241-DAE

NATIONAL CREDIT ADJUSTERS, LLC,

Defendant.

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on the Plaintiff's Complaint, has been served upon the defendant named below, and it further appearing from the affidavit of counsel for plaintiff that defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiff, the default of the following named defendant is hereby entered:

NATIONAL CREDIT ADJUSTERS, LLC

JEANNETTE J. CLACK, CLERK
UNITED STATES DISTRICT COURT

By: _____
Robert F. Flaig, Deputy Clerk

DATED: April 5, 2016